# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer Matthew Morrissey, being sworn, depose and state as follows in support of my application for a complaint charging that, on December 17, 2025, in Boston, Massachusetts, GIOVANY FOUYOLLE (hereinafter "FOUYOLLE") and ADONIS GRAHAM (hereinafter "GRAHAM"), possessed with intent to distribute controlled substances, in violation of 21 U.S.C. § 841.

## INTRODUCTION

1. I am a Massachusetts State Police Trooper. I have been so employed since March 2012. Prior to my State Police employment, I was employed as a Town of Milton Police Officer for approximately 6 years, serving as both a patrolman and a narcotics investigator. During my 13 years as a State Police Trooper, I have been assigned to both the Uniformed Branch and the Division of Investigative Services. I am currently assigned to the Commonwealth Interstate Narcotics Reduction Enforcement Team ("CINRET"), where my responsibilities include the investigation of narcotics offenses. Prior to this assignment, I was assigned to the Plymouth County District Attorney's Office Narcotics Unit. I have been involved in numerous narcotics arrests and investigations. I have attended the Massachusetts Top Gun Undercover Narcotics School. I have worked with and been trained by more experienced officers in the investigation of major narcotics organizations. On July 31, 2025, I was sworn in as a Task Force Officer with the Federal Bureau of Investigation ("FBI"). I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

2. While performing my duties as a State Police Trooper, I have assisted in various

aspects of narcotics investigations, including undercover buys, controlled buys, court-ordered electronic monitoring, and surveillance. I have also written and/or participated in the execution of numerous search warrants resulting in the seizure of large quantities of controlled substances and paraphernalia involved in the manufacture and distribution of controlled substances, United States currency, records of narcotics and monetary transactions, drug customer lists and other documents relating to the manufacturing, transportation, ordering, purchasing and distribution of controlled substances, as well as the collection, expenditure, accounting, transportation, and laundering of drug proceeds.

3. Based upon my training and experience, I am familiar with the methods of operation employed by narcotics traffickers operating at the local, state, national, and international levels, including those involving the distribution, storage, and transportation of narcotics and the collection of monies that constitute the proceeds of narcotics trafficking activities. I am aware that drug traffickers commonly use cellular telephones in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular telephones to thwart law enforcement's use of electronic surveillance. I am also aware that narcotics traffickers speak in vague, guarded, or coded language when discussing their illegal activities, use text messages in lieu of phone calls to avoid speaking over the telephone, and employ a variety of counter-surveillance techniques to detect if their vehicles are being followed by law enforcement.

4. The information contained in this affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, and other sources. The word "agent" or "investigator" is used in this affidavit for all federal, state, and local law enforcement officers. The dates and times in this affidavit are approximate. Because this affidavit is submitted for the limited purpose of supporting the issuance of a criminal complaint and arrest

warrants for FOUYOLLE and GRAHAM, I have not set forth every fact learned during the investigation or recounted every investigative technique employed. Rather, I am only setting forth information necessary to support probable cause for the issuance of a complaint.

**PROBABLE CAUSE**

5. Since approximately 2019, the FBI's Metro Boston Gang Task Force ("MBGTF") has been investigating the Harvard Street Gang ("HSG"), which is based in and around Brockton, Massachusetts, and their affiliates.[1] The MBGTF is comprised of special agents from the FBI; officers from the Suffolk County Sheriff's Department, Plymouth County Sheriff's Department, and the Brockton, Boston, Bridgewater, East Bridgewater, Quincy, and Fall River Police Departments; as well as other law enforcement officials. The mission of the MBGTF is to identify, investigate, and disrupt and dismantle violent street gangs operating in the District of Massachusetts. In 2025, the MBGTF, CINRET, and the Randolph Police Department began a focused effort on the drug trafficking activities of KEANU FERNANDES and other leaders, members, and associates of the HSG, including FOUYOLLE. The investigation revealed that the HSG distributes fentanyl, methamphetamine, cocaine, and other controlled substances throughout Brockton and other areas of Massachusetts. It also revealed that the HSG's members at times possess firearms and/or ammunition to protect themselves and the organization's stash houses (where members store controlled substances and drug trafficking proceeds).

6. The Registry of Motor Vehicles lists FOUYOLLE's address as 41 Christopher Road, Randolph, MA. FOUYOLLE is currently on federal supervised release (*see United States*

---

[1] During this time, and as a result of this investigation, federal and state prosecutors have charged more than 20 leaders, members, and associates of the HSG with various drug trafficking and firearm crimes, and agents have seized over 100 kilograms of drugs, including cocaine and fentanyl, and over 45 firearms, including machine guns.

3

*v. Fouyolle*, 18-cr-10408-WGY), after he pled guilty to charges of distributing more than 40 grams of fentanyl and was sentenced in June 2019 to 75 months imprisonment followed by 48 months of supervised release. FOUYOLLE is also on state probation for a drug dealing conviction in Bristol superior court, Docket No. 1673CR00188. FOUYOLLE's state probation conditions included GPS monitoring. FOUYOLLE's Massachusetts criminal history is summarized as follows:

a. BMC West Roxbury, Docket No. 1206CR2234 – On or about October 23, 2012, FOUYOLLE was charged with possession with intent to distribute a Class B controlled substance and a school zone violation. FOUYOLLE was found guilty of possession with intent to distribute a Class B controlled substance and sentenced to 18 months probation.

b. Norfolk Superior Court, Docket No. 1382CR00479 – On or about May 20, 2013, FOUYOLLE was indicted for home invasion, armed assault to murder, and assault & battery with a dangerous weapon. At least two witnesses invoked their 5th Amendment privilege and the case was subsequently nolle prossed.

c. BMC Dorchester, Docket No. 1507CR0805 – On or about March 9, 2015, FOUYOLLE was charged with unlawful carrying a firearm, carrying a loaded firearm, unlawful possession of ammunition, and operating on a suspended license. The case was later nolle prossed.

d. Taunton District Court, Docket No. 1531CR2191 – On or about September 15, 2015, FOUYOLLE was charged with possession with intent to distribute Class A and B controlled substances. FOUYOLLE was found guilty and sentenced to 18 months in the house of correction suspended for one year.

e. BMC South Boston, Docket No. 1503CR0916 – On or about November 19, 2015, FOUYOLLE was charged with operating on a suspended license. FOUYOLLE admitted sufficient facts, and the case was continued without a finding for one year.

f. Bristol Superior Court, Docket No. 1673CR00188 – On or about June 28, 2016, FOUYOLLE was indicted for trafficking cocaine and negligent operation. FOUYOLLE was found guilty of possession with intent to distribute a Class B controlled substance and negligent operation and was sentenced to 2 years' probation. FOUYOLLE's probation was extended due to violations and is currently active.

4

g.  Stoughton District Court, Docket No. 1855CR0048 – On or about January 23, 2018, FOUYOLLE was charged with assault & battery on a family/household member, Abuse Prevention Act violation, intimidation of a witness, and taking a number plate. The case was dismissed on a trial date for lack of prosecution.

h.  Fall River District Court, Docket No. 2432CR0605 – On or about February 21, 2024, FOUYOLLE was charged with armed robbery, armed assault to rob, assault & battery with a dangerous weapon, armed kidnapping, conspiracy, malicious damage to a motor vehicle, receiving a stolen motor vehicle, and armed career criminal level III. The case was nolle prossed eight days later.

i.  Malden District Court, Docket No. 2450CR0441 – On or about April 30, 2024, FOUYOLLE was charged with leaving the scene of property damage. FOUYOLLE admitted sufficient facts, and the case was continued without a finding for one year.

7.  The Registry of Motor Vehicles and MA Board of Probation list GRAHAM's address as 21 Vera Street, Dorchester, MA. GRAHAM is a known associate of FOUYOLLE. According to toll records, in July 2025, the -7839 phone number associated with GRAHAM (described below) was one of the 20 most frequent contacts with FOUYOLLE's phone number. In August 2022, GRAHAM was living at 12 Crawford Street in Randolph, MA.[2] The residence at 12 Crawford Street was one of the locations targeted by federal search warrants in December 2025 (described below), because it was then inhabited by FOUYOLLE's drug trafficking associate JOSE MENDES. Investigators seized various drugs, packaging materials, and five firearms from 12 Crawford Street during the execution of that search warrant. When the December 2025 search warrants were executed, GRAHAM had an outstanding arrest warrant out of Stoughton district court (Docket No. 2555CR0176) for breaking and entering in the nighttime for a felony and

---

[2] In the domestic assault & battery case (Docket No. 2256CR3628), the victim reported that, on August 23, 2022, GRAHAM punched her inside his residence at 12 Crawford Street. On that date, Randolph Police responded to that address and served GRAHAM with a restraining order.

5

violation of an abuse prevention order.[3] That warrant issued in February 2025, meaning that GRAHAM was in active warrant status for approximately 10 months before he was apprehended. GRAHAM's Massachusetts criminal history is summarized as follows:

- a. BMC West Roxbury, Docket No. 0806CR2030 – On or about July 11, 2008, GRAHAM was charged with threat to commit a crime and assault and battery. The case was dismissed at a pretrial conference.

- b. BMC Dorchester, Docket No. 0907CR6539 – On or about November 9, 2009, GRAHAM was charged with possession with intent to distribute a Class D controlled substance. GRAHAM admitted sufficient facts, and the case was continued without a finding for six months.

- c. BMC Dorchester, Docket No. 1007CR6716 – On or about December 6, 2010, GRAHAM was charged with attempt to commit a crime. The case was dismissed without prejudice on a trial date.

- d. Eastern Hampshire District Court, Docket No. 1198CR0168 – On or about January 27, 2011, GRAHAM was charged with assault & battery. The case was dismissed without prejudice after the victim invoked her 5th Amendment privilege.

- e. Quincy District Court, Docket No. 1456CR1459 – On or about April 30, 2014, GRAHAM was charged with negligent operation of a motor vehicle and failure to stop for police. The case was dismissed upon the payment of court costs.

- f. Quincy District Court, Docket No. 1456CR4867 – On or about August 1, 2014, GRAHAM was charged with operating on a suspended license. The case was dismissed upon the payment of court costs.

- g. Dedham District Court, Docket No. 1454CR1283 – On or about August 28, 2014, GRAHAM was charged with operating on a suspended license. The case was dismissed upon the payment of court costs.

- h. Quincy District Court, Docket No. 1856CR5258 – On or about December 6, 2018, GRAHAM was charged with witness intimidation and assault & battery on a family/household member. The case was dismissed without prejudice on a trial date when the victim did not appear.

---

[3] According to the Stoughton Police report, GRAHAM allegedly fled the scene of the crime on foot, ran through a neighborhood, into the woods, and around the area of a town dump. Police were unable to locate GRAHAM, and the court issued a warrant for his arrest.

i. Quincy District Court, Docket No. 2256CR3628 – On or about August 24, 2022, GRAHAM was charged with assault & battery on a family/household member. The case was dismissed without prejudice on a trial date when the victim did not appear.

j. Stoughton District Court, Docket No. 2555CR0176 – On or about February 19, 2025, a complaint and arrest warrant issued against GRAHAM for breaking and entering in the nighttime for a felony and violation of an abuse prevention order. GRAHAM remained in warrant status until after his December 2025 arrest, when he was habed in custody to remove the warrant on January 14, 2026. That case is currently pending.

**I.  December 2025 Seizure of Firearms and Cocaine at FOUYOLLE's Stash Location**

8. On December 17, 2025, investigators executed numerous federal search warrants related to this investigation, including in Boston, Randolph, Taunton, and Brockton, MA, resulting in the seizure of 15 firearms, hundreds of rounds of ammunition, over 50 pounds of marijuana, approximately three kilograms of cocaine, fentanyl, and other drugs, and approximately $38,000 in cash. Below is an image of guns, drugs, and ammunition seized from the various locations on December 17, 2025.



9. Two of the locations searched were 41 Christopher Road, Randolph, MA, and 780 Morrissey Boulevard, Apartment 314, Boston, MA. 780 Morrissey Boulevard is the address of the Imprint Apartments. Based on the investigation, investigators believe that FOUYOLLE resided at 41 Christopher Road and utilized Apartment 314 at the Imprint Apartments as a drug stash location. Investigators executed the federal search warrants at approximately 6:00 a.m.

*41 Christopher Road*

10. At 41 Christopher Road, investigators found FOUYOLLE, two of his family members, and his girlfriend. FOUYOLLE was arrested and charged in state court with drug trafficking and firearms offenses based on the evidence discovered during the searches.

11. During the search of 41 Christopher Road, investigators found a clear plastic bag containing two smaller clear plastic bags in FOUYOLLE's bedroom.[4] Based on my training and experience, the empty plastic bags are consistent with drug packaging. Investigators seized approximately $11,774 in cash from the bedroom next to FOUYOLLE's bedroom. Investigators seized a total of three cell phones attributed to FOUYOLLE. Below are images of the clear plastic bags and cash.



---

[4] This was identified as FOUYOLLE's bedroom due to, among other things, the presence of various documents bearing his name, as well as photos of FOUYOLLE with a female and a child, in that room.



*780 Morrissey Boulevard*

12. At 780 Morrissey Boulevard, investigators knocked loudly on the door to Apartment 314 and announced their presence. GRAHAM opened the door and was detained. No one else was present inside. During the search of this one-bedroom apartment, investigators seized:

   a. two iPhones on a couch in the living room;

   b. a blue iPhone in the closet of the bedroom;

   c. approximately $1,500 cash in a kitchen cabinet;

   d. a loaded FN Reflex 9mm pistol in the same kitchen cabinet;

   e. a loaded Glock 23 pistol in the same kitchen cabinet;

   f. a clear plastic sandwich bag and a clear plastic knotted bag, each containing cocaine and/or fentanyl, in a purple backpack in a closet;

   g. a kilogram of cocaine wrapped in green tape in a green luxury leather satchel in a kitchen cabinet;

   h. approximately $500 cash in the same green leather satchel in the kitchen cabinet;

   i. a clear plastic knotted bag containing cocaine in a black box on the kitchen counter; and

j. a white iPhone in a drawer of the kitchen island.

Investigators also found, but did not seize, a digital scale with white residue in the kitchen. Below are images of the guns and cocaine.



13. The narcotics were sent to the Drug Enforcement Agency ("DEA") Northeast Laboratory for analysis. The laboratory confirmed that the kilogram from the green leather satchel described above in line (g) contained cocaine and weighed approximately 1,002.5 grams. The

laboratory confirmed that the substances from the purple backpack described above in line (f) each contained cocaine and weighed approximately 123.1 grams and 12.871 grams, respectively. The laboratory confirmed that the substance weighing 12.871 grams also contained fentanyl. The laboratory confirmed that the substance from the black box described above in line (i) contained cocaine and weighed approximately 30.5 grams.

14. Based on my training and experience, this quantity of cocaine far exceeds what anyone would keep for his own personal use. The manner of packaging of the cocaine from the green leather satchel is characteristic of how kilogram "bricks" are often delivered from drug manufacturers for redistribution by traffickers.

15. Investigators found items in Apartment 314 bearing FOUYOLLE's name, including a prescription pill bottle in the name "GIOVANY FOUYOLLE" with address "41 Christopher Rd. Randolph, MA," a Wynn Rewards card in the name "GIOVANY FOUYOLLE," and a NASR Jewelers appraisal form dated "07/17/2025" and prepared for "Giovany Fouyolle 41 Christopher Road Randolph, 02368." The jewelry form described two 18-karat gold chains that NASR appraised at a total value of $100,500.00.

16. During the search of 41 Christopher Road, investigators found a black BMW bearing Massachusetts license plate 4WTP35 (the "black BMW") in the driveway of the residence.[5] Investigators had previously seen FOUYOLLE driving the black BMW during the investigation. The black BMW was towed to the Randolph Police Department and secured pending a search warrant. On December 17, 2025, during FOUYOLLE's booking, investigators found a key to the black BMW in FOUYOLLE's pocket.

---

[5] The vehicle is owned by SIXT car rental company.

17. On December 19, 2025, investigators searched the black BMW pursuant to a federal search warrant and seized FOUYOLLE's driver's license, a white parking tag marked "IMPRINT 160," and a black envelope marked, "#314 [first name] [initial]."[6] I know that the listed tenant of 780 Morrissey Boulevard, Apartment 314, was a female with the first name and last initial matching the name on the envelope. That listed tenant is known by investigators as a girlfriend of one of FOUYOLLE's associates. Investigators did not locate any evidence during the search indicating that this female actually lived in Apartment 314. Based on the investigation, I believe that the parking tag allowed FOUYOLLE access to park at the Imprint Apartments building.

18. Investigators reviewed FOUYOLLE's GPS monitoring bracelet locations from October 8, 2025, through November 22, 2025. Investigators saw that FOUYOLLE traveled to the Imprint Apartments more than 30 times during that time span and the duration of the trips was between 10 minutes and approximately three hours. The trips were never overnight, indicating that FOUYOLLE did not reside at the apartment. Investigators compared FOUYOLLE's GPS location points while he was at the Imprint Apartments to the floorplan of the apartment building. FOUYOLLE's GPS location points place him in the corner of the apartment building where Apartment 314 is located. Below are images showing FOUYOLLE's plotted GPS location points at 780 Morrissey Boulevard between October 8, 2025, and November 22, 2025, and the floorplan of the Imprint Apartments.[7]

---

[6] The name is intentionally omitted from this affidavit.

[7] The points display with a circle to reflect the accuracy of the location. Darker circles indicate more occurrences at a location. Based on the investigation, I believe points that are not in the direct vicinity of Apartment 314 reflect FOUYOLLE traveling through the building to the apartment.




19. Investigators found additional evidence of GRAHAM's drug trafficking activity and connection to Apartment 314 in one of the iPhones seized from the apartment, which was examined pursuant to the search warrant. This iPhone was assigned a phone number ending in -7839 (the "7839 Phone"). During the several weeks leading up to December 17, 2025, GRAHAM used the 7839 Phone to contact numerous women online and invite them to the apartment for romantic encounters. GRAHAM sent selfie-style photographs and videos, including videos of himself inside Apartment 314. For example, GRAHAM sent a video to a female on December 2, 2025, depicting himself inside Apartment 314 saying, "I got a bunch of weed for you." The camera then shows the kitchen of Apartment 314, and there is a large clear vacuum-sealed package of apparent marijuana sitting on the kitchen island. Below is a screenshot from this video.



20.     In other conversations on the 7839 Phone, GRAHAM appears to be advertising marijuana for sale. For example, on October 26, 2025, the 7839 Phone sent several videos of apparent marijuana to an unknown recipient. The recipient replied on November 2, 2025, and they exchanged the following messages:[8]

| From | To | Timestamp | Body |
|---|---|---|---|
| +▮▮▮▮▮▮ | +▮▮▮▮7839 (owner) | Read: 11/2/2025 4:39:03 PM(UTC-5) | Yo gang |
| +▮▮▮▮▮▮ | +▮▮▮▮7839 (owner) | Read: 11/3/2025 7:00:43 PM(UTC-5) | You got pk gang |
| +▮▮▮▮7839 | +▮▮▮▮▮▮ | Delivered:11/3/2025 7:00:52 PM(UTC-5); Read: 11/3/2025 7:00:56 PM(UTC-5) | Tomorrow I will |
| +▮▮▮▮▮▮ | +▮▮▮▮7839 (owner) | Read: 11/3/2025 7:01:50 PM(UTC-5) | This nigga flex said you got something for 890 |
| +▮▮▮▮▮▮ | +▮▮▮▮7839 (owner) | Read: 11/3/2025 7:01:50 PM(UTC-5) | 800* |
| +▮▮▮▮7839 | +▮▮▮▮▮▮ | Delivered:11/3/2025 7:02:17 PM(UTC-5); Read: 11/3/2025 7:06:14 PM(UTC-5) | I'll kno tomorrow of wat I got |
| +▮▮▮▮▮▮ | +▮▮▮▮7839 (owner) | Read: 11/7/2025 12:08:50 PM(UTC-5) | Aight gang |
| +▮▮▮▮7839 | +▮▮▮▮▮▮ | Delivered:11/16/2025 8:08:35 PM(UTC-5); Read: 11/16/2025 8:08:47 PM(UTC-5) | I got something for $600 |
| +▮▮▮▮▮▮ | +▮▮▮▮7839 (owner) | Read: 11/16/2025 8:09:10 PM(UTC-5) | Ps ? |
| +▮▮▮▮7839 | +▮▮▮▮▮▮ | Delivered:11/16/2025 8:09:13 PM(UTC-5); Read: 11/16/2025 8:09:39 PM(UTC-5) | Yea |
| +▮▮▮▮▮▮ | +▮▮▮▮7839 (owner) | Read: 11/16/2025 8:09:46 PM(UTC-5) | Send me pic |

---

[8] Based on my training and experience, I believe the letter "P" used in this context refers to a pound of marijuana.

15

GRAHAM then sent two additional videos depicting apparent marijuana from a separate phone number that he controlled, ending in -4343,[9] to the 7839 Phone. The 7839 Phone forwarded those marijuana videos to the recipient approximately 24 seconds later.

21.     The 7839 Phone also contained images depicting GRAHAM with what appears to be large stacks of cash. Below are two such images from October 2025 (left) and August 2025 (right).



---

[9] In some of the conversations with women referenced above, GRAHAM texted them the number ending in -4343 as his phone number.

## CONCLUSION

22. Based on all the above, there is probable cause to believe that, on December 17, 2025, in Boston, Massachusetts, FOUYOLLE and GRAHAM possessed with intent to distribute controlled substances, in violation of 21 U.S.C. § 841.

Attested to under the pains and penalties of perjury by telephone in accordance with Fed. R. Crim. P. 4.1 on February 13, 2026.

/s/ Matthew Morrissey
_____
Matthew Morrissey
Task Force Officer

Electronically sworn to and subscribed telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on February 13, 2026.

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE